UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joaquim and Donzilia Antunes

Debtor (s)

Case No.: _____17-25648-VFP_____

Chapter: _____13_____

Judge: _____Papalia_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO:  ___Richard Obuch_____

This will confirm that on _____9/5/17_____ the following document(s) was filed by you.

☐    Amendment to Schedule(s) _____,

☒    Missing Documents, including Schedule(s) _I, J Statement of Current Monthly Inc.__,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _9/6/17_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-25648-VFP
Joaquim A. Antunes                                                              Chapter 13
Donzilia Antunes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 1              Date Rcvd: Sep 06, 2017
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db/jdb          +Joaquim A. Antunes,   Donzilia Antunes,   260 Minute Arms Rd,   Union, NJ 07083-7643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Richard Obuch    on behalf of Debtor Joaquim A. Antunes robuchesq@msn.com,  robuch@msn.com
              Richard Obuch    on behalf of Joint Debtor Donzilia Antunes robuchesq@msn.com,  robuch@msn.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5