Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−25648−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joaquim A. Antunes                         Donzilia Antunes
260 Minute Arms Rd                         260 Minute Arms Rd
Union, NJ 07083                            Union, NJ 07083

Social Security No.:
xxx−xx−9671                                xxx−xx−1853

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
   Debtor and Joint Debtor was entered on October 26, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: October 26, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joaquim A. Antunes
Donzilia Antunes
     Debtors

Case No. 17-25648-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 26, 2017
                  Form ID: 148     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb      +Joaquim A. Antunes,    Donzilia Antunes,    260 Minute Arms Rd,    Union, NJ 07083-7643
516978964   +MTGLO Investors LP,    c/o Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd, Ste 100,
              Mount Laurel, NJ 08054-3437
516978966    UNION COUNTY SHERIFF'S OFFICE,    COUNTY ADMIN BLDG, 1ST FL,    ELIZABETHTOWN PLAZA,
             RE: F-039632-10,    Elizabeth, NJ 07207-6001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2017 23:25:47    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2017 23:25:43    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516978963    EDI: CAPITALONE.COM Oct 26 2017 23:03:00    CAPITAL ONE BANK,    P.O. BOX 85015,
              Richmond, VA 23285-5015
517110407    EDI: CAPITALONE.COM Oct 26 2017 23:03:00    Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
516978965    EDI: SEARS.COM Oct 26 2017 23:03:00    Sears Credit Cards,    P.O. Box 6282,
              Sioux Falls, SD 57117-6282
```
                                                                TOTAL: 5

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
              Richard  Obuch    on behalf of Debtor Joaquim A. Antunes robuchesq@msn.com,  robuch@msn.com
              Richard  Obuch    on behalf of Joint Debtor Donzilia Antunes robuchesq@msn.com,  robuch@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                 TOTAL: 6